Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

*Attorney for Petitioner Jose Arajo

# United States District Court
# District of Nevada

Jose Arajo,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-03279-RFB-BNW

**Stipulation for extension of time to file Amended Petition**

(Second Request)

## Points and Authorities

Petitioner Jose Arajo and Federal Respondents Ruben Leyva, Todd Blanche, Markwayne Mullin, and David J. Venturella, through undersigned counsel, submit this stipulation for a seven-day extension of time for Mr. Arajo to file his Amended Petition. This would extend Mr. Arajo's deadline to file the Amended Petition from November 3, 2026, to November 10, 2026. Counsel for Federal Respondents, Tamer Botros, advised that Respondents do not oppose this extension.

This extension request is not for the purpose of delay, but to allow undersigned counsel time to discuss Mr. Arajo's case with his immigration attorney.

This request is thus not for the purpose of delay, but made in good faith to allow undersigned counsel to adequately prepare Mr. Arajo's Amended Petition.

Dated November 3, 2026.

RENE L. VALLADARES
Federal Public Defender

By *s/ Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By *s/ Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: November 3, 2026